IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN H. POEL, *D.M.D., J.D.,*

    Plaintiff,

vs.                                        No. CIV 17-0185 KG/CG

STATE OF NEW MEXICO,

    Defendant.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

    IT IS HEREBY ORDERED that a status conference will be held by telephone on **FRIDAY, SEPTEMBER 22, 2017, AT 10:00 AM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings and be prepared to discuss whether this case should be remanded to state court.

_____
UNITED STATES DISTRICT JUDGE