IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN H. POEL

    Plaintiff,

vs.                                        Civ. No. 17-00185 KG/CG

STATE OF NEW MEXICO,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order, filed December 6, 2017 and the Order Imposing Filing Restrictions, filed [DATE], the Court issues its separate judgment finally disposing of this case.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this civil case is dismissed with prejudice.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE